# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **CHEVY VANN TICE,** | : |
| **Plaintiff,** | : |
| VS. | : |
| | : NO. 5:25-cv-10-TES-CHW |
| Warden **JOE WILLIAMS,** | : |
| **TYRONE OLIVER,** | : |
| **CENTURION MEDICAL** | : |
| **COMPANY,** | : |
| **Defendants.** | : |

## ORDER

Plaintiff Chevy Vann Tice, a prisoner in the Georgia Diagnostic and Classification Prison in Jackson, Georgia, filed a *pro se* 42 U.S.C. § 1983 complaint and moved to proceed *in forma pauperis*. ECF No. 1; ECF No. 2. On January 27, 2025, the Court ordered Plaintiff to file a recast complaint and pay an initial partial filing fee in the amount of $6.50. ECF No. 4. Plaintiff filed a recast complaint but failed to pay the initial partial filing fee. ECF No. 6. The Court, therefore, ordered Plaintiff to show cause why his action should not be dismissed for failure to pay the initial partial filing fee. ECF No. 7. Plaintiff has not paid the required $6.50 or otherwise responded to the Order to Show Cause.

Due to Plaintiff's failure to provide a current address and failure to respond to the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT**

**PREJUDICE**.  Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").[1]

**SO ORDERED**, this 26th day of March, 2025.

S/ Tilman E. Self, III
_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiff's motion for trial is **DENIED** as moot.  (ECF No. 5).