IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHEVY VANN TICE, | * |
| Plaintiff, | * |
| v. | Case No.   5:25-cv-00010-TES-CHW |
| | * |
| WARDEN JOE WILLIAMS et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 26, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of March, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk